AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCNAMEE, STEPHEN M. | US DISTRICT COURT OF ARIZONA | 06/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE SENIOR STATUS - ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

SANDRA DAY O'CONNOR US COURTS
401 WEST WASHINGTON STREET SPC 60
PHOENIX AZ 85003-2158

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | UNIVERSITY OF ARIZONA COLLEGE OF LAW BOARD OF VISITORS |
| 2. | MEMBER | UNIVERSITY OF ARIZONA LAW COLLEGE ASSOCIATION - BOARD OF DIRECTORS |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | MERRILL LYNCH JOINT MASTER ACCOUNT | A | Int./Div. | J | T | | | | | |
| 2. | IBM COMMON STOCK (IBM) | A | Dividend | J | T | | | | | |
| 3. | INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 4. | FAIRFIELD ESTATES FLAGSTAFF AZ | | None | J | W | | | | | |
| 5. | MARRIOTT CANYON VILLAS | | None | J | W | | | | | |
| 6. | WELLS FARGO CKG | A | Interest | J | T | | | | | |
| 7. | US BANK CKG #1 | A | Interest | J | T | | | | | |
| 8. | US BANK SVGS | A | Interest | J | T | | | | | |
| 9. | MERRILL LYNCH - IRA #1 (H) | | | | | | | | | |
| 10. | - BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 11. | - AMER FUNDS AMERICAN HIGH INCOME TRUST FD CL F2 (AHIFX) | A | Dividend | | | Sold (part) | 03/28/19 | J | A | |
| 12. | | | | | | Sold (part) | 10/14/19 | J | A | |
| 13. | | | | | | Sold (part) | 11/05/19 | J | A | |
| 14. | | | | | | Sold | 12/19/19 | J | A | |
| 15. | - ISHARES AGENCY BOND FD (AGZ) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 16. | - SPDR BLOOMBERG BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 17. | -ISHARES S-T CORP BD (IGSB) | A | Dividend | | | Sold | 10/14/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -ISHARES CORE S&P SMALLCAP (IJR) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 19. | -VANGUARD FTSE EMERGING MARKETS (VWO) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 20. | -ISHARES BROAD USD INVST GRADE CORP (USIG) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 21. | -VANGUARD FTSE DEVELOPED MARKETS (VEA) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 22. | -ISHARES CORE S&P US GROWTH (IUSG) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 23. | -ISHARES CORE S&P US VALUE (IUSV) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 24. | -VANGUARD MORTGAGE-BACK SEC (VMBS) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 25. | -ISHARES US TREASURY BOND (GOVT) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 26. | -ISH USD HIGH YIELD CORP BOND (USHY) | A | Dividend | J | T | Buy | 10/14/19 | J | | |
| 27. | MERRILL LYNCH - IRA #2 (H) | | | | | | | | | |
| 28. | - BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 29. | - VANGUARD MID-CAP VAL IDX (VOE) | A | Dividend | J | T | Sold (part) | 11/08/19 | J | A | |
| 30. | - VANGUARD SMALL CAP PER (VB) | A | Dividend | K | T | Sold (part) | 11/08/19 | J | A | |
| 31. | - INVESCO AERO & DEF (PPA) | A | Dividend | K | T | Sold (part) | 11/08/19 | J | B | |
| 32. | - INVESCO DYN SEMI COND (PSI) | A | Dividend | | | Sold | 11/08/19 | K | D | |
| 33. | -INVESCO DYN SFTWRE (PSJ) | A | Dividend | K | T | Sold (part) | 11/08/19 | J | C | |
| 34. | - INVESCO NASDAQ INTERNET (PNQI) | | None | | | Sold | 11/08/19 | K | D | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - INVESCO DYN BLDG (PKB) | A | Dividend | K | T | Buy (add'l) | 11/08/19 | J | | |
| 36. - INVESCO KBW PERS & CAS (KBWP) | A | Dividend | K | T | Sold (part) | 11/08/19 | J | A | |
| 37. -INVESCO DYN PHARM (PJP) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 38. -ISHARES MORTGAGE R/E CAPPED (REM) | B | Dividend | K | T | Sold (part) | 11/08/19 | J | A | |
| 39. -WISDOMTREE TRUST JAPAN HEDGED (DXJ) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 40. -INVESCO DWA HLTHCARE (PTH) | | None | K | T | Sold (part) | 11/08/19 | J | A | |
| 41. -ISHARES MSCI EUROZONE (EZU) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 42. -ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | Sold (part) | 11/08/19 | J | A | |
| 43. -ISHARES TR CORE MSCI EAF ETF (IEFA) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 44. -FIRST TR NYSE ARCA BIOTECH (FBT) | | None | K | T | Sold (part) | 11/08/19 | J | A | |
| 45. -FIRST TRUST CHINDIA (FNI) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 46. -FIRST TR MATERIALS ALPHADEX FUND (FXZ) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 47. -SPDR US FINANCIAL SECTOR (XLF) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 48. -INVESCO S&P ULT DIVD REV (RDIV) | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 49. -PACER TRENDPILOT US LARG CAP (PTLC) | A | Dividend | K | T | Buy | 11/08/19 | K | | |
| 50. -ISHARES COHEN & STEERS REIT (ICF) | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 51. -WISCOMTREE EMERGING MARKETS HIGH DIV (DEM) | A | Dividend | K | T | Buy | 11/08/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SPDR INDEX SHS FDS (FEZ) | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 53. -INVESCO KBW BANK ETF (KBWB) | A | Dividend | K | T | Buy | 11/08/19 | K | | |
| 54. -INVESCO S&P SMALLCAP LOW VOLATILITY (XSLV) | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 55. -LEGG MASON ETF INVST LOW VLTLTY (LVHD) | | None | J | T | Buy | 11/08/19 | J | | |
| 56. -VANECK VECTORS MORNINGSTAR WIDE MOAT(MOAT) | A | Dividend | K | T | Buy | 11/08/19 | K | | |
| 57. -WISDOMTREE INTERNATL HEDGED QUAL DIV (IHDG) | A | Dividend | K | T | Buy | 11/08/19 | K | | |
| 58. -ARK GENOMIC REVOLUTION (ARKG) | A | Dividend | K | T | Buy | 11/08/19 | J | | |
| 59. MERRILL LYNCH - IRRA #1 (H) | | | | | | | | | |
| 60. -BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 61. - EATON VANCE FLOATING RATE FUND (EIBLX) | A | Dividend | J | T | | | | | |
| 62. - ISHARES AGENCY BOND FUND (AGZ) | A | Dividend | K | T | Sold (part) | 09/13/19 | K | A | |
| 63. - SPDR BLOOMBERG BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 64. - ALPS ALERIAN MLP ETF (AMLP) | B | Dividend | K | T | | | | | |
| 65. - ISHARES S-T CORP BD (IGSB), (FORMERLY ISHARES 1-3 YR CR BD (CSJ)) | A | Dividend | J | T | | | | | |
| 66. - SPDR BLOOMBERG BARCLAYS CONVERTIBLE (CWB) | A | Dividend | K | T | | | | | |
| 67. -VANGUARD TOTAL STK MKT (VTI) | B | Dividend | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. | -VANGUARD REIT ETF (VNQ) | B | Dividend | K | T | | | | | |
| 69. | -VANGUARD FTSE ALL WORLD (VEU) | A | Dividend | K | T | | | | | |
| 70. | -VANGUARD TOTAL BOND MKT (BND) | A | Dividend | K | T | | | | | |
| 71. | -INVESCO PREFERRED ETF (PGX) | B | Dividend | K | T | | | | | |
| 72. | -VANGUARD TOTAL INTERNATL (BNDX) | A | Dividend | K | T | | | | | |
| 73. | -ISHARES SHORT MATURITY (NEAR) | A | Dividend | K | T | | | | | |
| 74. | -SECTOR SPDR UTILITIES (XLU) | A | Dividend | K | T | | | | | |
| 75. | -ISHARES MSCI EUROZONE (EZU) | A | Dividend | J | T | | | | | |
| 76. | -ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 77. | -ISHARES COHEN & STEERS REIT (ICF) | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 78. | -INVESCO S&P SMALLCAP LOW VOLATILITY (XSLV) | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 79. | -ISHARES MSCI EM ESG OPTIMIZED ETF (ESGE) | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 80. | -PIMCO ENERGY & TACTICAL CR OPP (NRGX) | B | Dividend | K | T | Buy | 01/29/19 | K | | |
| 81. | MERRILL LYNCH - IRRA #2 (H) | | | | | | | | | |
| 82. | - BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | J | T | | | | | |
| 83. | -PIMCO ENERGY & TACTICAL CR OPP (NRGX) | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 84. | -CD TRUIST BANK CHARLOTTE NC 1.95% 1/15/20 (CUSIP 105133FZ0) | | None | K | T | Buy | 10/03/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 06/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -CD TRUIST BANK CHARLOTTE NC 1.85% 4/15/20 (CUSIP 105133GA4) | | None | K | T | Buy | 10/03/19 | K | | |
| 86. MERRILL LYNCH - IRA #3 (H) | | | | | | | | | |
| 87. -BANK OF AMERICA, NA - CASH EQUIVALENT | A | Interest | | | Closed | 09/30/19 | L | | |
| 88. -CD DISCOVER BANK GREENWOOD, DE 1.65% 7/12/19 (CUSIP 2546725R5) | A | Interest | | | Matured | 07/12/19 | K | A | |
| 89. -CD ALLY BANK MIDVALE, UT 1.55% 1/14/19 (CUSIP 02006L4C4) | A | Interest | | | Matured | 01/14/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII - INVESTMENTS AND TRUSTS

MERRILL LYNCH - IRA #3 WAS CLOSED IN SEPTEMBER 2019 AND THE CASH WAS TRANSFERRED TO MERRILL LYNCH - IRRA #2

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN M. MCNAMEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544